# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Daniel V Piamonte | CASE NO.: 23–22062–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–2388 | CHAPTER: 13 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Cecelia G. Morris at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, CGM Zoom Videoconference, on March 22, 2023 at 08:59 AM to consider dismissal of the above–captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on January 25, 2023 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above–referenced case, the Debtor has failed to file the following:

> Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C1)
> Certificate of Credit Counseling
> Chapter 13 Model Plan
> Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
> * Schedule A/B: Property (Official Form 106A/B)
> Schedule C: The Property You Claim as Exempt (Official Form 106C)
> * Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D)
> * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
> Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
> Schedule H: Your Codebtors (Official Form 106H)
> * Schedule I: Your Income (Official Form 106I)
> * Schedule J: Your Expenses (Official Form 106J)
> * Statement of Financial Affairs
> Summary of Assets and Liabilities

Dated: February 8, 2023                     Vito Genna
                                            Clerk of the Court